**In re STANLEY JAMES DEVELOP-
MENT CORPORATION, Debtor.**

**James H. King, Plaintiff–Appellant,**

**and**

**Linda L. King; Wendy King, Plaintiffs,**

v.

**Gerard Richard Vetter, Defendant–
Appellee.**

No. 02–1165.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

James H. King, Appellant Pro Se. Gerard Richard Vetter, Goldman & Vetter, P.A., Baltimore, Maryland, Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James King appeals from the district court's order affirming the bankruptcy court's dismissal of his action in which he sought recovery of damages from counsel for the bankruptcy trustee. We have reviewed the record and the opinions of the district court and the bankruptcy court and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See King v. Vetter,* Nos. CA–01–3411–AMD; BK–98–6–7627–SD; AP–01–5062–SD (D.Md. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*